UNITED STATES of America, Plaintiff–Appellee

v.

Theresa CALTON, Defendant–Appellant.

No. 11–10189
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2011.

Nancy E. Larson, Assistant U.S. Attorney, Joshua Thomas Burgess, I, Assistant

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Theresa Calton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Calton has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Calton's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.